6-1-2017

From: Mister. Victor Dewayne White
#1835870
c/o Michael's Unit
2664 FM 2054
Tennessee, Colony, Tx.
[ near 76886 ]

To: Sherry Williamson
Clerk Texas Court of Appeals
Eleventh District 100 west mainstreet
Suite 300 Eastland, Texas
[ near 76448 ]

RECEIVED
IN COURT OF APPEALS
ELEVENTH DISTRICT

JUN - 8 2017

SHERRY WILLIAMSON. CLERK

Miss. Williamson

I am notifying you that W. Stacy Trotter, Judge Presiding so ORDERED and SIGNED the 14th day of April, 2016, That I the Defendant was GRANTED In forma Pauperis a Motion to Obtain a copy of trial Records. Cause No. D-38,103 - D-38,106 I am notifying you that the 358 Judical District & Law Enforcement have failed to provide me with all of the required Documents that have been requested pertaining to the order by Judge Trotter nor will they give me any thing shown at trial, all pictures that were given me were to small and in black and white and dark so you could not make any thing out. I am requesting full page color pictures to see the truth in them. Note; all of the court records were "Redacted" and Trial Information was left out. I have requested the papers of the Arraignment, Book-in Book out much less a answer to a motion for time served all denied by their statement quoting "Sheriff Mark Donalson's" reply, We are sending you this reply in order to show why we will not be sending you information requested. end quote! Dated 12-19-2016 Then came "Texas Open Records Act is as follows: § 552.028. Request for Information from Incarcerated Individual (a) A government body is not required to accept or comply with a request for information from: (1) an individual who is imprisoned or confined in a correctional facility; or (2) an agent of that individual, other than that individual's attorney when the attorney is requesting information that is subject to disclosure under this chapter... That was (a) But they willfully failed to show (b) which reads, (b) This section does not prohibit a governmental body from disclosin to an individual described by Subsection (a)(1), or that individual's agent, information held by the governmental body pertaining to that individual... Their trying to cover up what really happened.

Sincerely: A true patriot to my Country,

Mister. Victor Dewayne White

Mister: Victor Deaun-(W)hite
#1835870
% Michael's Unit
2664 FM 2054
Tennessee, Colony Tx.
[near 76886]

Legal

RECEIVED
IN COURT OF APPEALS
ELEVENTH DISTRICT
JUN - 8 2017
SHERRY WILLIAMSON CLERK

NORTH TEXAS TX PRIC
DALLAS TX 750
06 JUN 2017 PM 10 L

7E44BK2700

Sherry Williamson
Clerk Texas Court of Appeals
Eleventh District 100 west main street
Suite 300 Eastland, Texas
[near 76446]